# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT<br>CASE: 17-10795M |
| vs. | Citizenship: Mexico |
| Fernando Esparza-Ruelas | |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about September 5, 2017 at or near Arivaca, Arizona, in the District of Arizona, Fernando Esparza-Ruelas, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas on May 30, 2016 and not having obtained the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code 1326(b)(1).

   Fernando Esparza-Ruelas is a citizen of Mexico. On May 30, 2016, Fernando Esparza-Ruelas was lawfully denied admission, excluded, deported and removed from the United States through Del Rio, Texas. On September 5, 2017, agents found Fernando Esparza-Ruelas in the United States at or near Arivaca, Arizona without the proper immigration documents. Fernando Esparza-Ruelas did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Fernando Esparza-Ruelas, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Fernando Esparza-Ruelas admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on September 3, 2017, at or near Sasabe, Arizona.

File Date: 09/06/2017

at Tucson, Arizona

Cesar Ponce, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date Signed: 09/06/2017

Jacqueline M. Rateau
United States Magistrate Judge

Alien Number: 078 460 513